IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

CHRISTOPHER V. SNOWDEN

Case No. 2:13mj205
Court Date: May 22, 2013

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)- Violation No. N0455667

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 2, 2013, at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, CHRISTOPHER V. SNOWDEN, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

#### COUNT TWO
(Misdemeanor)- Violation No. N0455669

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 2, 2013, at the Navy Exchange at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, CHRISTOPHER V. SNOWDEN, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
M. Jennifer Norako
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 462-4760
Fax:(757) 441-3205
Jennifer.Norako@usdoj.gov


CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____  5/8/13
M. Jennifer Norako
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 462-4760
Fax:(757) 441-3205
Jennifer.Norako@usdoj.gov